IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DISTRICT 1199P HEALTH AND WELFARE PLANT on behalf of itself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 06-214 (GMS) |
| v. | ) ) | |
| ASTRAZENECA PHARMACEUTICALS, LP, ASTRAZENECA LP, ASTRAZENECA AB and AKTIEBOLAGET HASSLE, | ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that this end-payor action shall be consolidated and coordinated with the related end-payor actions pursuant to Section IV of Pretrial Order No. 1 Regarding End-Payor Actions dated April 5, 2006 ("Pretrial Order No. 1") (D.I. 13 in C.A. No. 06-71 (GMS)).

Pretrial Order No. 1 contemplates that all related end-payor actions will be consolidated and that the plaintiffs will file a Consolidated Amended Complaint, which will be the sole operative complaint for all these actions. Pretrial Order No. 1 also states that the Clerk of the Court shall, *inter alia*, make appropriate entry for this action on the master docket (06-71 (GMS)), place a copy of Pretrial Order No. 1 in the separate file for this action, and mail a copy of the Order of assignment to Liaison counsel and counsel for defendants. (D.I. 13 at ¶ 10).[1]

Co-Lead Counsel for the other end-payor actions have advised that they have no objection to the addition of this action to Pretrial Order No. 1.

---

[1] It is unnecessary for the Clerk to mail a copy of Pretrial Order No. 1 to the plaintiffs in this action (¶ 10(c)), as plaintiffs already are in possession of the Order.

2

| CHIMICLES & TIKELLIS LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s A. Zachary Naylor* | */s/ Karen Jacobs Louden* |
| Pamela S. Tikellis (#2172) | Jack B. Blumenfeld (#1014) |
| A. Zachary Naylor (#4439) | Karen Jacobs Louden (#2881) |
| zn@chimicles.com | kjlefiling@mnat.com |
| One Rodney Square | Leslie A. Polizoti (#4299) |
| P.O. Box 1035 | lpolizoti@mnat.com |
| Wilmington, Delaware 19899 | 1201 N. Market Street |
| (302) 656-2500 | P.O. Box 1347 |
| Attorneys for plaintiffs | Wilmington, Delaware 19899 |
|  | (302) 658-9200 |
| April 27, 2006 | Attorneys for defendants |
|  | April 27, 2006 |

SO ORDERED this _____ day of _____, 2006.

_____
Judge Gregory M. Sleet

517373