IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISTRICT 1199P HEALTH AND WELFARE PLAN on behalf of itself and all others similarly situated,  :  :  : | C.A. No. 06-214 (GMS) |
| :  : | |
| Plaintiff,  : | |
| :  : | |
| v.  : | |
| :  : | |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA LP, ASTRAZENECA AB, and AKTIEBOLAGET HASSLE,  :  :  : | |
| :  : | |
| Defendants.  :  : | |

## NOTICE OF APPEARANCE

TO:  Clerk of the Court
    District Court of Delaware
    800 N. King Street
    Wilmington, DE 19801

**PLEASE ENTER** the appearance of A. Zachary Naylor, Esquire, as attorney for the Plaintiff, District 1199P Health and Welfare Plan.

CHIMICLES & TIKELLIS LLP

_/s/ A. Zachary Naylor_
A. Zachary Naylor (I.D. No. 4439)
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500

DATED: April 27, 2006

## CERTIFICATE OF SERVICE

I, A. Zachary Naylor, hereby certify that a true and correct copies of Notice of Appearance and Notice of Withdraw was served on defendants' counsel in the manner indicated below on April 27 2006.

> **BY E-FILING**
> Karen Jacobs Louden
> Morris, Nichols, Arsht & Tunnell LLP
> Chase Manhattan Centre, 18th Floor
> Wilmington, DE 19899

A. Zachary Naylor (No. 4439)