IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISTRICT 1199P HEALTH AND WELFARE PLAN on behalf of itself and all others similarly situated, | : : : |
| Plaintiff, | : C.A. No. 06-214 (GMS) : : |
| v. | : : |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA LP, ASTRAZENECA AB, and AKTIEBOLAGET HASSLE, | : : : : |
| Defendants. | : : |

### NOTICE OF WITHDRAW

TO:    Clerk of the Court
       District Court of Delaware
       800 N. King Street
       Wilmington, DE 19801

**PLEASE WITHDRAW** the appearance of Robert Davis, Esquire, as attorney for the Plaintiff, District 1199P Health and Welfare Plan.

CHIMICLES & TIKELLIS LLP

_____
Robert Davis (I.D. No. 4536)
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500

DATED: April 27, 2006

## CERTIFICATE OF SERVICE

I, A. Zachary Naylor, hereby certify that a true and correct copies of Notice of Appearance and Notice of Withdraw was served on defendants' counsel in the manner indicated below on April 27 2006.

> **BY E-FILING**
> Karen Jacobs Louden
> Morris, Nichols, Arsht & Tunnell LLP
> Chase Manhattan Centre, 18[th] Floor
> Wilmington, DE 19899

A. Zachary Naylor (No. 4439)